140 So. 452

### INDUSTRIAL SAVINGS BANK v. Emily MITCHELL.

6 Div. 121.

Supreme Court of Alabama.

March 17, 1932.

Bradley, Baldwin, All & White, E. L. All, and W. M. Neal, all of Birmingham, for petitioner.

W. A. Jacobs, of Birmingham, for respondent.

BOULDIN, J.

Petition of the Industrial Savings Bank for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Industral Sav. Bank v. Mitchell, 140 So. 449.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.